## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Tyrone Scott, | ) | |
| | ) | 18 C 2340 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| vs. | ) | |
| | ) | |
| City of Chicago, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the parties, and with each party bearing its own costs and attorneys' fees. If no motion to reinstate is filed on or before August 23, 2019, the dismissal will automatically convert to a dismissal with prejudice with no further action required by the Court or by the parties.

Torreya L. Hamilton
Attorney for Plaintiff, Tyrone Scott,
The Hamilton Law Office, LLC
53 West Jackson Blvd., Suite 452
Chicago, Illinois 60604
(312) 726-3173
Attorney No. _____
~~FEIN:~~ _____
DATE: 4/22/19

Respectfully submitted,
City of Chicago, a Municipal Corporation
Edward N. Siskel, Corporation Counsel
Attorney for Defendant City of Chicago

BY: _____
Kevin Lovellette
Deputy Corporation Counsel
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6243384
DATE: 4/22/19

Gregory Beck
Assistant Corporation Counsel III
Attorney for Defendants, Haven Matthews,
Ryan Goldie, Agustin Torres, Darren Borum,
Geoff Pienta, Michael Wells and Steven
Martin

30 N. LaSalle Street, Suite 900
Chicago, Illinois  60602
(312) 742-5146
DATE: ___4/22/19___